

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-01089-CV

Daniel **KEARNS**,
Appellant

v.

**RON HELLER & BUSINESS AIR INC.**,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI14065
Honorable Nadine Melissa Nieto, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. All pending motions are DENIED AS MOOT. Costs of the appeal are assessed against the appellant.

SIGNED July 17, 2024.

_____
Lori I. Valenzuela, Justice